**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------- x

**Barbara Araneda, et. al.,**

                                                **Plaintiffs,**

                                                                    **NOTICE OF APPEARANCE**

              **-against-**

 **The City of New York, et al.,**                                   05 CV 9738

                                                **Defendants.**
---------------------------------------------------------------------- x

          **PLEASE TAKE NOTICE** that **Jay A. Kranis**, Senior Counsel, hereby appears on behalf of

Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant The City of

New York.

Dated: New York, New York
          November 30, 2005

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel
                                             of the City of New York
                                        Attorney for Defendant The City of New York
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 788-8683


                                        By:    _____/s/_____
                                              Jay A. Kranis (JK2576)
                                              Senior Counsel
                                              Special Federal Litigation Division


To:    Norman Frederick Best, Esq.(NB 1968)
       Law Office of Susan Douglas Taylor
       575 Madison Avenue, 10th Floor
       New York, NY 10022
       (212) 671-0122