UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x
Barbara Araneda,

                             **Plaintiff,**

                                                     **NOTICE OF APPEARANCE**

    -against-

The City of New York, et al.,                            05-CV-9738

                              **Defendants.**
------------------------------------------------------------------------- x

       **PLEASE TAKE NOTICE** that **Jed M. Weiss**, Assistant Corporation Counsel, hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City of New York, effective December 13, 2005.

Dated:  New York, New York
         December 13, 2005

                                       MICHAEL A. CARDOZO
                                       Corporation Counsel
                                            of the City of New York
                                       Attorney for Defendant City of New York
                                       100 Church Street
                                       New York, New York 10007
                                       (212) 788-0786

                                 By:  _____
                                     Jed M. Weiss (JW 5293)
                                     Assistant Corporation Counsel
                                     Special Federal Litigation Division

To:    Norman F. Best Esq. (via ECF)
         Attorney for Plaintiff