UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/05

MICHAEL SCHILLER, *et al.*,

                          Plaintiffs,

          -v-

THE CITY OF NEW YORK, *et al.*,

                          Defendants.

Case No. 04-CV-7922 (KMK)

3rd **AMENDED ORDER
OF REFERRAL

KENNETH M. KARAS, District Judge:

The above entitled action along with the cases listed are referred to Magistrate Judge
James C. Francis  for the following purpose(s):

_x_  General Pretrial (includes scheduling,
     discovery, non-dispositive pretrial motions,
     and settlement)

___  Consent under 28 U.S.C. §636(c) for all
     purposes (including trial)

___  Specific Non-Dispositive Motion/Dispute:*

_____

_____

___  Consent under 28 U.S.C.§636(c) for
     limited purpose (e.g., dispositive motion,
     preliminary injunction)

     Purpose:_____

     If referral is for discovery disputes  when
     the District Judge is unavailable, the time
     period of the referral:_____ _____

___  Habeas Corpus

___  Social Security

___  Settlement*

___  Inquest After Default/Damages Hearing

___  Dispositive Motion (i.e., motion requiring
     a Report and Recommendation)

     Particular Motion:_____ _____
     All such motions: _____ _____

\* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:    New York, New York
            December ___ 15 ___, 2005

                                        Kenneth M. Karas
                                        United States District Judge

**\*\*Cases assigned and reassigned to Judge Karas after entry of the Referral order to Magistrate Judge Francis dated November 11, 2005:**

| | | |
|---|---|---|
| *** | *Drescher-v-NYC* | *05 cv 7541* |
| *** | *Pincus-v-City of NY* | *05 cv 7575* |
| *** | *Cooper-v-NYC* | *05 cv 7576* |
| *** | *Miller-v-NYC* | *05 cv 7628* |
| *** | *Karlin-v-Murtagh* | *05 cv 7789* |
| *** | *Grisham-v-The City of New York* | *05 cv 8434* |
| | *Abdell-v-City* | *05 cv 8453* |
| | *Zimmerman-v-Ames* | *05 cv 8483* |
| *** | *Concepcion-v-NYC* | *05 cv 8501* |
| *** | *Turse-v The City of New York* | *05 cv 8562* |
| | *Eastwood-v-NYC* | *05 cv 9483* |
| | *Aloisio-v-City* | *05 cv 9737* |
| | *Araneda-v-City* | *05 cv 9738* |
| | *Alpert-v-City* | *05 cv 9740* |
| | *Martini-v-City* | *05 cv 9881* |
| | *Rigger-v-City* | *05 cv 9882* |
| | *Dolak-v-City* | *05 cv 9884* |
| | *Kahl-v-City* | *05 cv 9885* |

| | |
|---|---|
| *Alexander-v-City* | *05 cv 9886* |
| *Tikkun-v-City* | *05 cv 9901* |
| *Portera-v-City* | *05 cv 9985* |
| *Reuben -v-City* | *05 cv 9987* |
| *Sutter-v-City* | *05 cv 9989* |
| *Wilcox-v-City* | *05 cv 9990* |
| *Emmer-v-City* | *05 cv 9993* |
| *Fox -v-City* | *05 cv 9999* |
| *Bruce-v-City* | *05 cv 10006* |
| *Carranza-v-City* | *05 cv 10010* |
| *Scharf-v-City* | *05 cv 10012* |
| *Conley-v-City* | *05 cv 10024* |

*\*\*\* These cases were included in Judge Karas' November 11, 2005 referral order but the entry of this order does not appear on their individual docket sheets.*