

# MEMO ENDORSED

| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | JED M. WEISS<br>*Assistant Corporation Counsel*<br>jweiss@law.nyc.gov<br>(212) 788-0786<br>(212) 788-9776 (fax) |

March 6, 2006

**VIA FACSIMILE**
Honorable James C. Francis, IV
United States Magistrate Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/06
```

Re: Barbara Araneda et al. v. City of New York, et al.
05-CV-9738

Dear Judge Francis:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for Defendant City of New York. I write with respect to the referenced matter, in which plaintiffs set forth claims, *inter alia*, of false arrest and false imprisonment during the Republican National Convention. I write to respectfully request until April 7, 2006, to answer or otherwise respond to the complaint on behalf of all defendants. Plaintiff's counsel consents to this request.

    Defendant City of New York's time to answer or otherwise respond to the complaint expired on or about February 6, 2006. Through an inadvertent calendaring error on my part, I did not respond to the complaint on the City's behalf, and apologize to the Court and plaintiff's counsel for my error. Plaintiff's counsel has informed me that he recently sent notices of waiver of service to eight New York City Police Officers. Rather than submit multiple answers, I respectfully request the additional time to meet with the individuals who plaintiff sent notices to, determine whether they received plaintiff's notices and respond to plaintiff accordingly, and then answer or otherwise respond to the complaint on their behalf.

Accordingly, I respectfully request until April 7, 2006, to answer or otherwise respond to the complaint on behalf of all defendants. Thank you for your consideration herein.

Respectfully submitted,

*[signature]*

Jed M. Weiss (JW 5293)
Assistant Corporation Counsel

cc: Norman F. Best, Esq., Attorney for Plaintiffs (via facsimile)

3/6/06
Application granted.
SO ORDERED.
*James C. Francis IV*
USMJ