UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
BARBARA ARANEDA, ANNE BURNS, HAYS
ELLISEN, KATHLEEN O'REILLY, SANDY SANDERS,
DAVID SEGAL, BRENDAN SEXTON, EDWARD           **NOTICE OF APPEARANCE**
SUGDEN, ELIZABETH WALSH, WEI-WEI WANG,
and BRIAN WEEKS,                              05 CV 9738 (KMK) (JCF)

                 Plaintiffs,

   -against-

THE CITY OF NEW YORK, NEREIDA CABASSA,
PAUL DUNNE, BRIAN CHRISTOPHER, DAVID SONTZ,
TIMOTHY CAI, DREW REPETTI, NOEL FLORRES,
SERGEANT GERALD FITZPATRICK, and DOES,

                 Defendants.
------------------------------------------------------------------------x

**PLEASE TAKE NOTICE**, that Cheryl L. Shammas hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants City of New York, Nereida Cabass, Paul Dunne, Brian Christopher, David Sontz, Timothy Cai, Drew Repetti, Noel Florres, and Gerald Fitzpatrick, effective this date.  Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated: New York, New York
       April 13, 2006

                                MICHAEL A. CARDOZO
                                Corporation Counsel of the City of New York
                                *Counsel Defendants*

                                By:    /s/
                                        Cheryl Shammas (CS 4108)
                                        Special Assistant Corporation Counsel
                                        Special Federal Litigation
                                        100 Church Street, Room 3-197
                                        New York, New York 10007
                                        212-788-1570 (direct)
                                        212-788-9776 (fax)

cc:  All Parties (by ECF)

Index Number 05 CV 9738 (KMK)(JCF)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| BARBARA ARANEDA, ANNE BURNS, HAYS ELLISEN, KATHLEEN O'REILLY, SANDY SANDERS, DAVID SEGAL, BRENDAN SEXTON, EDWARD SUGDEN, ELIZABETH WALSH, WEI-WEI WANG, and BRIAN WEEKS,<br><br>                     Plaintiff,<br><br>                     -against-<br><br>THE CITY OF NEW YORK, NEREIDA CABASSA, PAUL DUNNE, BRIAN CHRISTOPHER, DAVID SONTZ, TIMOTHY CAI, DREW REPETTI, NOEL FLORRES, SERGEANT GERALD FITZPATRICK, and DOES,<br><br>                     Defendants. |
| **NOTICE OF APPEARANCE** |
| *MICHAEL A. CARDOZO*<br>Corporation Counsel of the City of New York<br>*Attorney for Defendants*<br>NYC Law Department<br>100 Church Street, RM 3-197<br>New York, N.Y.  10007<br>*Of Counsel: Cheryl L. Shammas*<br>Tel:  (212) 788-1570<br>Fax:  (212) 788-9776<br>NYCLIS No. 05 SF 026192 |
| *Due and timely service is hereby admitted.*<br>*New York, N.Y. …………………………………….2006*<br>*……………………………………………. Esq.*<br>*Attorney for City of New York* |