# NORMAN BEST

Attorney at Law
Member of the Bar in New York and Washington State

July 11, 2006

**MEMO ENDORSED**

**BY FACSIMLE**

The Honorable James C. Francis IV
United States Magistrate Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1960
New York, New York, 10007

Re:    *Araneda et al. v. The City of New York, et al.* 05 CV 9738 (KMK) (JCF)

Dear Judge Francis,

On behalf of plaintiffs, I write to request a modification of the Case Management Order (CMO) in this case. The parties are working on the consolidated witness depositions, which are continuing, and responding to Interrogatories and Requests for Documents. Plaintiffs need additional time for other discovery including depositions of non-consolidated witnesses and parties. Defendants do not object to this extension. Accordingly, plaintiffs request that the Court grant a 4-month extension on all deadlines in the CMO in this case. If this meets with your approval, would you please "so order" it? Thank you.

Sincerely yours,

Norman Best

Cc:    Cheryl Shammas.

7/12/06
Application granted.
SO ORDERED.
James C. Francis IV
USMJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/06

Law Office of Susan Taylor, 575 Madison, 10th Floor, New York, NY 10022, 212-671-0122