# NORMAN BEST
Attorney at Law
Member of the Bar in New York and Washington State

# MEMO ENDORSED

February 14, 2007

**BY FACSIMLE**

The Honorable James C. Francis IV
United States Magistrate Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1960
New York, New York, 10007

Re:    *Araneda et al. v. The City of New York, et al.* 05 CV 9738 (KMK) (JCF)

Dear Judge Francis,

On behalf of plaintiffs, I write to request a modification of the Case Management Order (CMO) in this case. The parties are have substantially completed document production. The two highest-ranking officers at the arrest location have been deposed and a third is scheduled. We have agreed on dates for six more depositions of plaintiffs and arresting officers in the next four weeks. Plaintiffs need additional time to schedule the remaining depositions. Defendants do not object to this extension. Accordingly, plaintiffs request that the Court grant a 3-month extension on all deadlines in the CMO in this case. If this meets with your approval, would you please "so order" it? Thank you.

Sincerely yours,

Norman Best

Cc:    Cheryl Shammas.

*Handwritten endorsement:*
2/15/07
Application granted.
No further extension.
SO ORDERED.
James C. Francis IV
USMJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/07

Law Office of Susan Taylor, 575 Madison, 10th Floor, New York, NY 10022, 212-671-0122