UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BARBARA ARANEDA,                          )        ECF Case
ANNE BURNS,                               )
HAYS ELLISEN,                             )        05 Civ. 9738 (KMK)(JCF)
KATHLEEN O'REILLY,                        )
SANDY SANDERS,                            )
DAVID SEGAL,                              )        **MOTION TO ADMIT**
BRENDAN SEXTON,                           )        **COUNSEL**
EDWARD SUGDEN,                            )        *PRO HAC VICE*
ELIZABETH WALSH,                          )
WEI-WEI WANG,                             )
BRIAN WEEKS,                              )
                                          )
                        Plaintiffs,       )
                                          )
        -versus-                          )
                                          )
THE CITY OF NEW YORK,                     )
NEREIDA CABASSA,                          )
PAUL DUNNE,                               )
BRIAN CHRISTOPHER,                        )
DAVID SONTZ,                              )
TIMOTHY CAI,                              )
DREW REPETTI,                             )
NOEL FLORES,                              )
SERGEANT GERALD FITZPATRICK,              )
and DOES                                  )
                        Defendants.       )
------------------------------------------------------------------X

PURSUANT TO Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Norman Frederick Best, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's name: | SUSAN DOUGLAS TAYLOR |
| Firm name: | Law Office of Susan Douglas Taylor |
| Address: | 575 Madison Avenue, 10th floor |
| City/State/Zip: | New York, NY 10022 |
| Telephone/Fax: | Phone: 212-605-0305, Fax: 212-873-0711 |

SUSAN DOUGLAS TAYLOR is a member in good standing of the Bar of the State of Washington and of Washington, District of Columbia. There are no pending disciplinary proceedings against Susan Douglas Taylor in any State or Federal courts.

Dated:        May 22, 2007
City, State:  New York, New York

                                        Respectfully submitted,

                                        NORMAN FREDERICK BEST (NB 1968)
                                        575 Madison Avenue, 10th Floor
                                        New York, New York 10022
                                        (212) 671-0122

                                        MICHAEL L. SPIEGEL (MS 0856)
                                        111 Broadway, Suite 1305
                                        New York, New York 10006
                                        (212) 587-8558

                                        *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

| | | |
|---|---|---|
| BARBARA ARANEDA, | ) | **ECF Case** |
| ANNE BURNS, | ) | |
| HAYS ELLISEN, | ) | **05 Civ. 9738 (KMK)(JCF)** |
| KATHLEEN O'REILLY, | ) | |
| SANDY SANDERS, | ) | |
| DAVID SEGAL, | ) | **AFFIDAVIT OF** |
| BRENDAN SEXTON, | ) | **NORMAN FREDERICK** |
| EDWARD SUGDEN, | ) | **BEST** |
| ELIZABETH WALSH, | ) | **IN SUPPORT OF** |
| WEI-WEI WANG, | ) | **MOTION TO ADMIT** |
| BRIAN WEEKS, | ) | **COUNSEL** |
| | ) | ***PRO HAC VICE*** |
| Plaintiffs, | ) | |
| | ) | |
| -versus- | ) | |
| | ) | |
| THE CITY OF NEW YORK, | ) | |
| NEREIDA CABASSA, | ) | |
| PAUL DUNNE, | ) | |
| BRIAN CHRISTOPHER, | ) | |
| DAVID SONTZ, | ) | |
| TIMOTHY CAI, | ) | |
| DREW REPETTI, | ) | |
| NOEL FLORES, | ) | |
| SERGEANT GERALD FITZPATRICK, | ) | |
| and DOES | ) | |
| Defendants. | ) | |

-----------------------------------------------------------------------X

State of New York   )
                   )  ss:
County of New York )

Norman Frederick Best, being duly sworn, hereby deposes and says as follows:

1. I am counsel for Barbara ARANEDA and all other Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion

to admit Susan Douglas Taylor as counsel *pro hac vice* to represent Plaintiffs in this matter.

2. I am a member in good standing of the bars of the states of New York and Washington. I was admitted to practice law in New York state on November 21, 2003. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this court.

3. I have known Susan Douglas Taylor since 1991.

4. Ms. Taylor is an attorney in sole practice at 575 Madison Avenue, 10th floor, New York, NY 10022.

5. I have found Ms. Taylor to be a skilled attorney, and a person of integrity. She has experience with Federal practice, and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Susan Douglas Taylor, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Susan Douglas Taylor, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Susan Douglas Taylor, *pro hac vice*, to represent Plaintiffs in the above captioned matter, be granted.

Dated: May 22, 2007
City, State: New York, New York

Notarized:

SHERYL A. DOUGLAS
NOTARY PUBLIC, State of New York
No. 01DO6040065
Qualified in King County
Commission Expires September 5, 200_

Norman Frederick Best, Esq.
[NB 1968]

2

## IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION

OF

SUSAN DOUGLAS TAYLOR

TO PRACTICE IN THE COURTS OF THIS STATE.

BAR # 13397

**CERTIFICATE OF GOOD**

**STANDING**

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

SUSAN DOUGLAS TAYLOR

was regularly admitted to practice as an Attorney and October 12, 1983, and is now and has been continuously since that date an attorney in good standing in said Court.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 26th day of April, 2007

RONALD R. CARPENTER

SUPREME COURT CLERK

WASHINGTON STATE SUPREME COURT



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

SUSAN DOUGLAS TAYLOR

was on the 6TH day of NOVEMBER, 1998 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 4, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
    Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| BARBARA ARANEDA, ) | ECF Case |
| ANNE BURNS, ) | |
| HAYS ELLISEN, ) | 05 Civ. 9738 (KMK)(JCF) |
| KATHLEEN O'REILLY, ) | |
| SANDY SANDERS, ) | |
| DAVID SEGAL, ) | **ORDER FOR ADMISSION** |
| BRENDAN SEXTON, ) | ***PRO HAC VICE*** |
| EDWARD SUGDEN, ) | **ON WRITTEN MOTION** |
| ELIZABETH WALSH, ) | |
| WEI-WEI WANG, ) | |
| BRIAN WEEKS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -versus- ) | |
| ) | |
| THE CITY OF NEW YORK, ) | |
| NEREIDA CABASSA, ) | |
| PAUL DUNNE, ) | |
| BRIAN CHRISTOPHER, ) | |
| DAVID SONTZ, ) | |
| TIMOTHY CAI, ) | |
| DREW REPETTI, ) | |
| NOEL FLORES, ) | |
| SERGEANT GERALD FITZPATRICK, ) | |
| and DOES ) | |
| Defendants. ) | |

------------------------------------------------------------------X

Upon the motion of Norman Frederick Best, counsel for Barbara ARANEDA and all other

Plaintiffs in the above captioned action, and said sponsor attorney's Affidavit in support,

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's name: | SUSAN DOUGLAS TAYLOR |
| Firm name: | Law Office of Susan Douglas Taylor |
| Address: | 575 Madison Avenue, 10th floor |
| City/State/Zip: | New York, NY 10022 |

      Telephone/Fax:         Phone: 212-605-0305,  Fax:    212-873-0711

      Email address:         st@susandouglastaylor.com

is admitted to practice *pro hac vice* as counsel for Barbara ARANEDA and all other Plaintiffs in the above captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.


Dated:          This _____ day of May, 2007
City, Sate:     New York, New York


                                                          _____
                                                          James C. Francis IV
                                                          United States Magistrate Judge