USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

BARBARA ARANEDA,
ANNE BURNS,
HAYS ELLISEN,
KATHLEEN O'REILLY,
SANDY SANDERS,
DAVID SEGAL,
BRENDAN SEXTON,
EDWARD SUGDEN,
ELIZABETH WALSH,
WEI-WEI WANG,
BRIAN WEEKS,

          Plaintiffs,

-versus-

THE CITY OF NEW YORK,
NEREIDA CABASSA,
PAUL DUNNE,
BRIAN CHRISTOPHER,
DAVID SONTZ,
TIMOTHY CAI,
DREW REPETTI,
NOEL FLORES,
SERGEANT GERALD FITZPATRICK,
and DOES

          Defendants.
-----------------------------------------------------------X

ECF Case

05 Civ. 9738 (KMK)(JCF)

ORDER FOR ADMISSION
*PRO HAC VICE*
ON WRITTEN MOTION

2007 MAY 24 AM 10:07    CITY OF N.Y.

Upon the motion of Norman Frederick Best, counsel for Barbara ARANEDA and all other Plaintiffs in the above captioned action, and said sponsor attorney's Affidavit in support,

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's name: | SUSAN DOUGLAS TAYLOR |
| Firm name: | Law Office of Susan Douglas Taylor |
| Address: | 575 Madison Avenue, 10th floor |
| City/State/Zip: | New York, NY 10022 |

       Telephone/Fax:       Phone: 212-605-0305,  Fax:   212-873-0711

       Email address:       st@susandouglastaylor.com

is admitted to practice *pro hac vice* as counsel for Barbara ARANEDA and all other Plaintiffs in the above captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:       This 6th day of ~~May~~ June, 2007
City, Sate:   New York, New York

~~James C. Francis IV~~ Kenneth M. Karas
~~United States Magistrate Judge~~ U.S.D.J.