UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BARBARA ARANEDA, et al.,                )
                                        )
                    Plaintiffs,         )    **AFFIDAVIT OF SERVICE**
                                        )
    -against-                           )    **05 CV 9738 (RJS)(JCF)**
                                        )
THE CITY OF NEW YORK, et al.            )
                                        )
                    Defendants.         )
-----------------------------------------------------------------X

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

Patricia Choi, being duly sworn, deposes and says that the deponent is not a party to this action, is over the age of eighteen years, and is employed by Michael L. Spiegel, Esq., with offices located at 111 Broadway, Suite 1305, New York, New York 10006.

(1) That on February 4, 2008 at 3:58 pm, deponent served a summons and complaint in the above-captioned matter upon defendants Stephen Hammerman, Ruby Marin-Jordan, Thomas Doepfner, Kerry Sweet, and Bruce Smolka at their places of employment, c/o NYPD Legal Bureau, 1 Police Plaza, 14th floor, New York, NY 10038. The set of documents was accepted and stamped by Lisa Moore, an attorney with the Legal Bureau. Ms. Moore is African-American, 5'4" tall, 135 pounds, and has black hair.

(2) That on February 4, 2008 at 4:10 pm, deponent served a summons and complaint in the above-captioned matter upon defendant David Cohen at his place of employment, c/o NYPD, 1 Police Plaza, Room 1108, New York, NY 10038. The set of documents was accepted by Det. James Klobus. Det. Klobus is white, 5'7" tall, 180 pounds, and bald.

(3) That on February 4, 2008 at 4:15 pm, deponent served a summons and complaint in the above-captioned matter upon defendant John Colgan at his place of employment, c/o NYPD, 1

Police Plaza, Room 1109, New York, NY 10038. The set of documents was accepted by Det. David Kao. Det. Kao is Asian, 5'9" tall, 165 pounds, and has black hair.

(4) That on the 5th day of February 2008, deponent mailed true copies of the summons and complaint to each defendant listed in paragraphs (1)- (3) above. Each set of documents was mailed in separate envelopes to the same address where documents had been served. The envelopes were marked "Personal and Confidential" and without any indication that communication was from an attorney or concerned any action against the individuals. The envelopes were placed in a U.S. mailbox at the post office located at 90 Church Street, New York, New York.

_____
Patricia Choi

Sworn to before me this __5__ th
day of _February_, 2008

_____
Notary Public

MICHAEL L. SPIEGEL
Notary Public, State of New York
No. 02SP5072155
Qualified in New York County
Commission Expires Jan. 27, 2011

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __NEW YORK__

Barbara Araneda, et al.,

V.

The City of New York, et al.,

**AMENDED**
SUMMONS IN A CIVIL ACTION

CASE NUMBER:  05 CV 9738 (RJS) (JCF)

TO: (Name and address of Defendant)

David Cohen
NYPD Legal Bureau
1 Police Plaza, Rm 1108
New York, NY 10038

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

an answer to the complaint which is served on you with this summons, within ____twenty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  JAN 28 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date              *Signature of Server*

                                      _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Barbara Araneda, et al.,

V.

The City of New York, et al.,

**AMENDED**
SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05 CV 9738 (RJS) (JCF)

TO: (Name and address of Defendant)

John Colgan
NYPD Legal Bureau
1 Police Plaza, Rm 1109
New York, NY 10038

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

Received 02/04/2008 @ 1615Hrs
D. V. Cole (K40)

an answer to the complaint which is served on you with this summons, within _____twenty_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK                                              DATE   JAN 28 2008

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                     Date                          *Signature of Server*

                                          _____
                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Barbara Araneda, et al.,

V.

The City of New York, et al.,

**AMENDED**
SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05 CV 9738 (RJS) (JCF)

TO: (Name and address of Defendant)

Bruce Smoika
NYPD Legal Bureau
1 Police Plaza
New York, NY 10038

*[Stamp: 2008 FEB 14 P 3:58 POLICE DEPARTMENT CITY OF NEW YORK]*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

an answer to the complaint which is served on you with this summons, within _____twenty_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _____[signature]_____   DATE  JAN 28 2008

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
               Date                    *Signature of Server*

                                       _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN  District of  NEW YORK

Barbara Araneda, et al.,

V.

The City of New York, et al.,

**AMENDED**
**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 CV 9738 (RJS) (JCF)

TO: (Name and address of Defendant)

Ruby Marin-Jordan
NYPD Legal Bureau
1 Police Plaza
New York, NY 10038

[Stamp: POLICE DEPARTMENT CITY OF NEW YORK 2008 FEB -4 P 3:58]

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK _[signature]_   DATE  JAN 2 8 2008

(By) DEPUTY CLERK

⌦AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                       Date                    *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Barbara Araneda, et al.,

V.

The City of New York, et al.,

**AMENDED**
SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05 CV 9738 (RJS) (JCF)

TO: (Name and address of Defendant)

Thomas Doepfner
NYPD Legal Bureau
1 Police Plaza
New York, NY 10038

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

an answer to the complaint which is served on you with this summons, within _____twenty_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  JAN 2 8 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  Date                  *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN  District of  NEW YORK

Barbara Araneda, et al.,

V.

The City of New York, et al.,

**AMENDED**
SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05 CV 9738 (RJS) (JCF)

TO: (Name and address of Defendant)

Stephen Hammerman
NYPD Legal Bureau
1 Police Plaza
New York, NY 10038

2008 FEB -4 P 4: 00
POLICE DEPARTMENT
CITY OF NEW YORK

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

an answer to the complaint which is served on you with this summons, within _____twenty_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  JAN 2 8 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                              *Signature of Server*

                                        _____
                                               *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __NEW YORK__

Barbara Araneda, et al.,

V.

The City of New York, et al.,

**AMENDED**
SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05 CV 9738 (RJS) (JCF)

TO: (Name and address of Defendant)

Kerry Sweet
NYPD Legal Bureau
1 Police Plaza
New York, NY 10038

2008 FEB -4 P 4:01
POLICE DEPARTMENT
CITY OF NEW YORK

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

an answer to the complaint which is served on you with this summons, within _____twenty_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _____  DATE  JAN 2 8 2008

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                    *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.