

**MEMO ENDORSED**

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ALEXIS L. LEIST**
*Special Assistant Corporation Counsel*
Room 3-153
Telephone: (212) 788-0971
Facsimile: (212) 788-9776
aleist@law.nyc.gov

<u>**BY FACSIMILE (212-805-7946)**</u>

May 9, 2008

The Honorable Richard J. Sullivan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 615
New York, New York 10007

Re: **Abdell v. City of New York**, 05-cv-8453 (RJS) (JCF)
**Adams v. City of New York**, 05-cv-9484 (RJS) (JCF)
**Araneda v. City of New York**, 05-cv-9738 (RJS) (JCF)
**Coburn v. City of New York**, 05-cv-7623 (RJS) (JCF)
**Eastwood v. City of New York**, 05-cv-9483 (RJS) (JCF)
**Galitzer v. City of New York**, 05-cv-7669 (RJS) (JCF)
**Kennedy v. City of New York**, 07-cv-7678 (RJS) (JCF)
**Rechtschaffer v. City of New York**, 05-cv-9930 (RJS) (JCF)
**Sloan v. City of New York**, 05-cv-7668 (RJS) (JCF)
**Xu v. City of New York**, 05-cv-7672 (RJS) (JCF)

Your Honor:

Defendants submit this letter with permission of Your Honor's law clerk Katie Leicht.

Defendants write to request a one week extension of the submission date for our consolidated opposition to the plaintiffs' Rule 72 objections arising from Magistrate Francis' dismissal of plaintiffs' emotional distress claims in the cases listed above. The submission date for our consolidated opposition is Tuesday, May 12, 2008. We are seeking an extension until Tuesday, May 20, 2008, as Jeffrey A. Dougherty, the lead attorney for the purposes of the consolidated opposition, and the attorney who has been primarily responsible for all of the pertinent briefing to date, was unexpectedly called out of the office due to a family emergency.

      We have asked plaintiffs' counsel for their consent. Rachel Kleinman, plaintiff's counsel in the <u>Rechtschaffer</u> case, and Michael Spiegel, plaintiffs' counsel in <u>Abdell</u>, <u>Adams</u>, <u>Araneda</u>, and <u>Eastwood</u> do not consent to this adjournment. Defendants have not yet heard back from Jeffrey Rothman, plaintiffs' counsel in the remaining cases.

      Defendants have sought and been granted one prior extension in this matter to allow additional cases to be joined so that we could consolidate our opposition in the interest of judicial efficiency.[1]

      Defendants thus respectfully request an extension of the submission date for our consolidated opposition to Tuesday, May 20, 2008. Thank you for your consideration.

                                             Respectfully submitted,

                                             Alexis L. Leist

cc:    Hon. James C. Francis IV
       Michael Spiegel, Esq.
       Jeffrey Rothman, Esq.
       Rachel M. Kleinman, Esq.

SO ORDERED
Dated: 5/12/08
RICHARD J. SULLIVAN
U.S.D.J.

---

[1] Your Honor's Order of 4/28/08 granted us ten days after the filing of the Rule 72 objections in the <u>Eastwood</u> and <u>Araneda</u> cases to file our consolidated opposition.

-2-