UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
BARBARA ARANEDA, ANNE BURNS, HAYS
ELLISEN, KATHLEEN O'REILLY, SANDY SANDERS,
DAVID SEGAL, BRENDAN SEXTON, EDWARD           NOTICE OF APPEARANCE
SUGDEN, ELIZABETH WALSH, WEI-WEI WANG,
and BRIAN WEEKS,                              05 CV 9738 (RJS) (JCF)

                            Plaintiffs,

    -against-

THE CITY OF NEW YORK, NEREIDA CABASSA,
PAUL DUNNE, BRIAN CHRISTOPHER, DAVID SONTZ,
TIMOTHY CAI, DREW REPETTI, NOEL FLORRES,
SERGEANT GERALD FITZPATRICK, and DOES,

                            Defendants.
------------------------------------------------------------------x

       **PLEASE TAKE NOTICE**, that Alexis L. Leist hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants City of New York, Nereida Cabass, Paul Dunne, Brian Christopher, David Sontz, Timothy Cai, Drew Repetti, Noel Florres, and Gerald Fitzpatrick, effective this date. Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated: New York, New York
       May 21, 2008

                                   MICHAEL A. CARDOZO
                                   Corporation Counsel of the City of New York
                                   *Counsel Defendants*

                       By: _/s/ Alexis L. Leist_
                              Alexis L. Leist (AL 4692)
                              Assistant Corporation Counsel
                              Special Federal Litigation
                              100 Church Street, Room 3-153
                              New York, New York 10007
                              212-788-0971 (direct)
                              212-788-9776 (fax)

cc: All Parties (by ECF)