UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| TARASIK ABDELL, et al., | 05 CV 8453 (RJS) (JCF) |
| COURTNEY LEE ADAMS, et al., | 05 CV 9484 (RJS) (JCF) |
| BARBARA ARANEDA, et al., | 05 CV 9738 (RJS) (JCF) |
| COREY EASTWOOD, et al., | 05 CV 9438 (RJS) (JCF) |
| MEGAN KENNEDY, et al., | 07 CV 7678 (RJS) (JCF) |
| JESSICA RECHTSCHAFFER, | 05 CV 9930 (RJS) (JCF) |
| SARAH COBURN, et al., | 05 CV 7623 (RJS) (JCF) |
| GWYNN GALITZER, | 05 CV 7669 (RJS) (JCF) |
| EMILY SLOAN, et al., | 05 CV 7668 (RJS) (JCF) |
| RANDY XU, et al., | 05 CV 7672 (RJS) (JCF) |

       Plaintiffs,
  -versus-                (Filed Via ECF)

THE CITY OF NEW YORK, et al.

       Defendants.

------------------------------------------------------------x

## NOTICE OF FILING UNDER SEAL

**PLEASE TAKE NOTICE** that defendant the City of New York requests that the following documents submitted by defendants in relation to their opposition to certain plaintiffs' Rule 72 objections to ten orders of Magistrate Judge James C. Francis IV be filed with the Clerk of Court of the Southern District of New York under seal:

1. Defendants' May 20, 2008, consolidated memorandum of law in opposition to the Rule 72 objections of plaintiff Deborah Riverbend (in Abdell), Christopher Benson, Ryan Doxtader, and Erica Mitrano (in Adams), Barbara Araneda, Hays Ellisen, David Segal, and Brian Weeks (in Araneda), Megan Thomas-Melly (in Coburn), Jesse Henry (in Eastwood), Gwynn Galitzer (in Galitzer), Megan Kennedy and Carrie Adams (in Kennedy), Jessica Rechtschaffer (in Rechtschaffer), Emily Sloan (in Sloan), and Randy Xu and David Becker (in Xu); and

2. The May 20, 2008, declaration of Alexis Leist in support of defendants' consolidated memorandum of law.

These documents have been served upon counsel for plaintiffs. Defendants were granted permission to file these documents under seal in an order entered by United States District Judge Richard J. Sullivan dated April 29, 2008, pursuant to Protective Order #1 filed in the consolidated RNC cases on October 6, 2005. Accordingly, defendants respectfully request that these documents be withheld from the official public record maintained by the Clerk of Court in this case. Pursuant to the Court's April 29, 2008 Order, versions of these documents with redactions agreed upon by the parties were also filed by ECF.

Dated:     New York, New York
           July 16, 2008

        MICHAEL A. CARDOZO
        Corporation Counsel of the City of New York
        Attorney for Defendant City of New York,
        100 Church Street, Room 3-126
        New York, New York  10007
        212-788-8342

By:     _____/s/_____

JEFFREY A. DOUGHERTY

Index No. 05 CV 8453 (RJS) (JCF)
Index No. 05 CV 9484 (RJS) (JCF)
Index No. 05 CV 9738 (RJS) (JCF)
Index No. 05 CV 9438 (RJS) (JCF)
Index No. 05 CV 7678 (RJS) (JCF)
Index No. 05 CV 9930 (RJS) (JCF)
Index No. 05 CV 7623 (RJS) (JCF)
Index No. 05 CV 7669 (RJS) (JCF)
Index No. 05 CV 7668 (RJS) (JCF)
Index No. 05 CV 7672 (RJS) (JCF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TARASIK ABDELL, *et al.*,

COURTNEY LEE ADAMS, *et al.*,

BARBARA ARANEDA, *et al.*,

COREY EASTWOOD, *et al.*,

MEGAN KENNEDY, *et al.*,

JESSICA RECHTSCHAFFER,

SARAH COBURN, *et al.*,

GWYNN GALITZER,

EMILY SLOAN, *et al.*,

RANDY XU, *et al.*,

                                        Plaintiffs,

              *-against-*

The CITY OF NEW YORK, *et al.*;

                                        Defendants.

**NOTICE OF FILING UNDER SEAL**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
   Attorney for Defendant the City of New York
   100 Church Street
   New York, N.Y.  10007

   *Of Counsel:  Jeffrey A. Dougherty*
   *Tel:  212-788-8342*

*Due and timely service is hereby admitted.*

*New York, N.Y.  ........................................................July 16, 2008*

*............................................................................................ Esq.*

*Attorney for Defendants..................................................................*

## **CONFIDENTIAL**

This envelope contains documents or information designated confidential pursuant to an order entered by the United States District Court for the Southern District of New York in the above-captioned action. This envelope shall not be opened or unsealed without the express direction of a judge of this Court, and its contents shall not be displayed or revealed except as the Court may order. This envelope and its contents shall at all times be maintained separate and apart from the publicly available files of this case.