UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Consolidated RNC Cases

ORDER

RICHARD J. SULLIVAN, District Judge:

By letter dated August 1, 2008, Jeffrey A. Rothman, Esq. — counsel for plaintiffs in the *Coburn*, *Phillips*, *Sloan*, *Galitzer*, *Xu*, and *Sikelianos* actions — requests leave to submit a letter in reply to the City's submission regarding a recent decision issued by the Second Circuit, *In re Sims*, — F.3d —, 2008 WL 2778869, at *1 (2d Cir. July 18, 2008), and its bearing on plaintiffs' outstanding objections to the dismissal of their emotional distress claims.[1]

IT IS HEREBY ORDERED that Mr. Rothman's request is DENIED. Both plaintiffs and defendants have made submissions concerning this issue, and the Court sees no need for additional briefing.

SO ORDERED.

Dated:   New York, New York
         August 4, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

---

[1] This Order should be docketed in the following actions: *Abdell*, No. 05 Civ. 8453; *Adams*, No. 05 Civ. 9484; *Araneda*, No. 05 Civ. 9738; *Coburn*, No. 05 Civ. 7623; *Eastwood*, No. 05 Civ. 9483; *Galitzer*, No. 05 Civ. 7669; *Kennedy*, No. 07 Civ. 7678; *Sloan*, No. 05 Civ. 7668; *Xu*, No. 05 Civ. 7672; *Philllips*, No. 05 Civ. 7624; *Sikelianos*, No. 05 Civ. 7673; *Tikkun*, No. 05 Civ. 9901; *Ryan*, No. 05 Civ. 1564; *Greenwald*, No. 05 Civ. 1566; *Biddle*, No. 05 Civ. 1570; *Crotty*, No. 05 Civ. 7577; *Stark*, No. 05 Civ. 7579; *Moran*, No. 05 Civ. 1571; *Martini*, No. 05 Civ. 9881.